# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELFGENIE FRANCHISE SYSTEMS, LLC, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>STATES INDUSTRIES, LLC, et al.,<br><br>    Defendant(s). | SACV 15-01966 JVS (JCx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED:    June 3, 2016

_____
James V. Selna
United States District Judge